### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**CYNTHIA E. COLE,**                                            **PLAINTIFF**

**V.**                                      **NO. 2:04CV356-GHD-EMB**

**MILWAUKEE ELECTRIC TOOLS,**                         **DEFENDANT**

### FINAL JUDGMENT

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, was on that date duly served by regular mail upon the *pro se* plaintiff at her last known address; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

    **ORDERED:**

    1. That the Report and Recommendation of the United States Magistrate Judge dated April 15, 2005, is approved and adopted as the opinion of the Court;

    2. That plaintiff's Complaint is hereby dismissed for failure to prosecute and for failure to obey an order of the Court, pursuant to Rule 41(b), F.R.C.P.; and

    3. That the Clerk shall forthwith **CLOSE** this case.

    **THIS**, the 29th day of April, 2005.


                                       **/s/ Glen H. Davidson**
                                       **Chief Judge**